

# NUMBER 13-11-00258-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE CASSANDRA WALKER

## On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Justices Garza, Vela, and Perkes
### Memorandum Opinion Per Curiam

Relator, Cassandra Walker, has filed a petition for writ of mandamus in which she contends that respondent, the Honorable Laura Betancourt, presiding judge of the County Court at Law Number Two of Cameron County, Texas, abused her discretion, leaving relator without an adequate appellate remedy, by: (1) "refus[ing] to enter an Order Granting Nonsuit"; (2) entering an "Order With Additional Provisions Anent The Temporary Guardianship Pending Contest"; and (3) entering an "Order To Place Liquid Assets of Billy Joe Williamson In Registry Of The Court" in trial court cause number 2011-CGC-2, styled *In the Guardianship of Billy Joe Williamson, An Incapacitated*

*Person.* The real parties in interest in this proceeding are: Roger McKnight, the temporary guardian of the estate and person of Billy Joe Williamson; Ruben Herrera, the court-appointed attorney ad litem for Billy Joe Williamson; and Annabell Alegria, the court-appointed guardian ad litem for Billy Joe Williamson.

Having reviewed and fully considered relator's petition and a response thereto filed by real party in interest McKnight, this Court is of the opinion that relator has not shown herself entitled to the relief requested and that the petition should be denied. Accordingly, relator's petition for writ of mandamus is DENIED.

PER CURIAM

Delivered and filed the
12th day of May, 2011.